B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Anderson, Michael H. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Anderson, Christine K. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>FDBA Papa's Pizza | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-6916 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8900 |
| Street Address of Debtor (No. and Street, City, and State):<br>430 Parkwood Circle<br>South Elgin, IL<br>ZIP Code 60177 | Street Address of Joint Debtor (No. and Street, City, and State):<br>430 Parkwood Circle<br>South Elgin, IL<br>ZIP Code 60177 |
| County of Residence or of the Principal Place of Business:<br>Kane | County of Residence or of the Principal Place of Business:<br>Kane |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Anderson, Michael H. Anderson, Christine K. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Anderson, Michael H.<br>Anderson, Christine K. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Michael H. Anderson
Signature of Debtor  Michael H. Anderson

X  /s/ Christine K. Anderson
Signature of Joint Debtor Christine K. Anderson

Telephone Number (If not represented by attorney)

February 23, 2009
Date

### Signature of Attorney*

X  /s/ Joseph E. Cohen
Signature of Attorney for Debtor(s)

Joseph E. Cohen 3123243
Printed Name of Attorney for Debtor(s)

Cohen & Krol
Firm Name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

Address

312.368.0300  Fax: 312.368.4559
Telephone Number

February 23, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Michael H. Anderson
Christine K. Anderson                          Case No. _____

                                      Debtor(s)      Chapter    7  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B6D (Official Form 6D) (12/07)

In re    Michael H. Anderson,                                           Case No. _____
Christine K. Anderson

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 12828 | | | second mortgage - business loan | | | | | |
| American Enterprise Bank 275 South Roselle Road Schaumburg, IL 60193-1636 | | J | 430 Parkwood Circle South Elgin, IL  60177 | | | | | |
| | | | Value $               250,000.00 | | | | 72,000.00 | 23,000.00 |
| Account No. | | | third mortgage | | | | | |
| Comerica Bank Much Shelist Denenberg Ament&Ruben 191 North Wacker Drive #1800 Chicago, IL 60606-1615 | | J | 430 Parkwood Circle South Elgin, IL  60177 | | | | | |
| | | | Value $               250,000.00 | | | | 0.00 | 0.00 |
| Account No. 09CH446 | | | first mortgage | | | | | |
| National City Bank Richard Heavner 111 East Main Street #200 Decatur, IL 62523 | | J | 430 Parkwood Circle South Elgin, IL  60177 | | | | | |
| | | | Value $               250,000.00 | | | | 201,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

_0_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 273,000.00 | 23,000.00 |
| Total (Report on Summary of Schedules) | 273,000.00 | 23,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   Michael H. Anderson,                                                    Case No. _____
        Christine K. Anderson

_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  Michael H. Anderson,  Case No. _____
Christine K. Anderson

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>AH Vending<br>1151 Rohlwing Road<br>Rolling Meadows, IL 60008 | | | | J | Papa's Pizza | | | | 2,000.00 |
| Account No.<br><br>American Express<br>Attention: Bankruptcy<br>P.O. Box 981531<br>El Paso, TX 79998-1531 | | | | J | credit card<br>273308150014345403<br>051470372017345403 | | | | Unknown |
| Account No. 11980904006053967<br><br>American General Finance<br>2 Crystal Lake Plaza Suite B<br>Crystal Lake, IL 60014 | | | | H | Loan | | | | Unknown |
| Account No.<br><br>Ascap Waste Managment<br>One Lincoln Plaza<br>New York, NY 10023 | | | | J | Papa's Pizza | | | | 20,000.00 |
| __15__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 22,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:29730-090210   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,          Case No. _____
          Christine K. Anderson
                                                              ,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>AT&T<br>P.O. Box 8212<br>Aurora, IL 60572-8212 | | | J | | Papa's Pizza | | | | 5,000.00 |
| Account No. 9016<br><br>Bank of America<br>Attention:  Bankruptcy<br>P.O. Box 15019<br>Wilmington, DE 19850 | | | J | | credit card<br>9016<br>7084   $710<br>1617 | | | | Unknown |
| Account No. 41253003<br><br>Bank One<br>Card Member Service<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | | | J | | credit card | | | | Unknown |
| Account No.<br><br>Battaglia<br>2500 South Ashland Avenue<br>Chicago, IL 60608-5321 | | | J | | Papa's Pizza | | | | 1,000.00 |
| Account No.<br><br>Baumert Ace Hardware<br>821 East Nerge Road<br>Roselle, IL 60172 | | | J | | Papa's Pizza | | | | 3,000.00 |

Sheet no. _1_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,                                    Case No. _____
        Christine K. Anderson
                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Bellos & Sons Plumbing <br> 1700 Indian Hill Drive <br> Roselle, IL 60172 | | J | | Papa's Pizza | | | | 35,000.00 |
| Account No. <br><br> BFI <br> 1330 Gasket Drive <br> Elgin, IL 60120 | | J | | Papa's Pizza | | | | 5,000.00 |
| Account No. <br><br> BMI Waste Managment <br> 320 West 57th Street <br> New York, NY 10019 | | J | | Papa's Pizza | | | | 20,000.00 |
| Account No. <br><br> Bob Kings Auctions <br> 2040 Honey Locust Drive <br> Algonquin, IL 60102 | | J | | Papa's Pizza | | | | 2,000.00 |
| Account No. 517805724302 <br><br> Capital One Service <br> Attention: Bankruptcy <br> P.O. Box 60000 <br> Seattle, WA 98190-6000 | | H | | credit card | | | | 959.00 |

Sheet no. __2__ of __15__ sheets attached to Schedule of                      Subtotal          62,959.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,                                          Case No. _____
        Christine K. Anderson
                                                                            ,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 105970 | | | | | credit card | | | | |
| Carson Pirie Scott P.O. Box 15521 Bankruptcy Wilmington, DE 19850-5521 | | | W | | | | | | Unknown |
| Account No. 4226910000 | | | | | Opened 7/01/91 CreditCard | | | | |
| Chase 4915 Independence Pkwy Tampa, FL 33634 | | | J | | | | | | Unknown |
| Account No. | | | | | credit card 426692101456 4226910000 | | | | |
| Chase Bank One Card Member Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | W | | 526340003091 | | | | Unknown |
| Account No. 601164410360 | | | | | credit card | | | | |
| Chld/Cbsd P.O. Box 6497 Sioux Falls, SD 57117 | | | W | | | | | | Unknown |
| Account No. 603459060723 | | | | | credit card | | | | |
| Circuit City Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | W | | | | | | Unknown |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    0.00
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Michael H. Anderson,                                           Case No. _____
       Christine K. Anderson
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  423 <br><br> Citgo Credit Card <br> P.O. Box 9095 <br> Des Moines, IA 50368-9095 | | H | | credit card | | | | 185.00 |
| Account No.  542418 <br><br> Citi Cards <br> Attention: Bankruptcy <br> P.O. Box 6000 <br> Sioux Falls, SD 57117 | | J | | credit card | | | | 9,118.00 |
| Account No. <br><br> Clementi Printing <br> 2832 North Narragansett Avenue <br> Chicago, IL 60634-4934 | | J | | Papa's Pizza | | | | 1,500.00 |
| Account No. <br><br> ComEd <br> Bill Payment Center <br> Chicago, IL 60668-0001 | | J | | Papa's Pizza | | | | 15,000.00 |
| Account No. 601250011324 <br><br> Conseco <br> 1400 Turbine Drive <br> Rapid City, SD 57701 | | H | | credit card | | | | Unknown |

Sheet no.  __4__  of  __15__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,803.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,                                          Case No. _____
         Christine K. Anderson

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Papa's Pizza | | | | |
| Cross Creek Commons 817 Nerge Roselle, IL 60172 | | | J | | | | | | 250,000.00 |
| Account No. | | | | | Papa's Pizza | | | | |
| DirecTV 11 Galligan Road #D Gilberts, IL 60136 | | | J | | | | | | 1,500.00 |
| Account No. | | | | | credit card 601100769000   $10871 601129860108   $8217 601100723007 | | | | |
| Discover Attention:  Bankruptcy P.O. Box 30943 Salt Lake City, UT 84130 | | | J | | | | | | Unknown |
| Account No. | | | | | Papa's Pizza | | | | |
| Dollar Wise 2500 West Higgins Road #350 Hoffman Estates, IL 60169 | | | J | | | | | | 1,500.00 |
| Account No. | | | | | Papa's Pizza | | | | |
| Fabbri Sausage 166 North Aberdeen Street Chicago, IL 60607 | | | J | | | | | | 23,000.00 |

Sheet no. _5_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            276,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael H. Anderson,                                      Case No. _____
         Christine K. Anderson
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5467-0024-0026-0072 | | | credit card | | | | |
| Fifth Third Bank 38 Fountain Square Cincinnati, OH 45263 | | J | | | | | 5,114.00 |
| Account No. 16875 | | | medical | | | | |
| Fox Valley Hematology & OncologyLTD 1710 North Randall Road #300 Elgin, IL 60123 | | J | | | | | Unknown |
| Account No. FOX47004 | | | medical | | | | |
| Fox Valley Laboratory Physicians SC P.O. Box 5133 Chicago, IL 60680-5133 | | J | | | | | 1,063.73 |
| Account No. 604407102464 | | | Credit Card | | | | |
| Gembppbycr P. O. Box 981400 El Paso, TX 79998 | | H | | | | | Unknown |
| Account No. | | | Papa's Pizza | | | | |
| Gonella Baking Co 2002-14 West Erie Street Chicago, IL 60612-1318 | | J | | | | | 500.00 |

Sheet no. _6_ of _15_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,677.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,
        Christine K. Anderson
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gordon Food Services <br> P.O. Box 1787 <br> 420 50th Street SW <br> Grand Rapids, MI 49501 | | J | | Papa's Pizza | | | | 1,000.00 |
| Account No. ANDE000089 <br><br> Greater Elgin Emergency Specialist <br> P.O. Box 5940 <br> Dept 20-1105 <br> Carol Stream, IL 60197-5940 | | J | | medical | | | | 358.50 |
| Account No. <br><br> HFC <br> P.O. Box 1547 <br> Chesapeake, VA 23327 | | H | | credit card <br> 14-20527269 <br> 4117142052 <br> 4117241850 | | | | Unknown |
| Account No. 7001110000981424 <br><br> Hsbc/Comp <br> 1405 Foulk Rd <br> Wilmington, DE 19808 | | H | | credit card | | | | Unknown |
| Account No. 151691-1100634313 <br><br> Hsbc/Nautl <br> 90 Christiana Road <br> New Castle, DE 19720 | | H | | credit card | | | | Unknown |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              1,358.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,                                    Case No. _____
        Christine K. Anderson
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 701115010018 | | H | | | credit card | | | | |
| Hsbc/Rhode P.O. Box 15521 Wilmington, DE 19805 | | | | | | | | | Unknown |
| Account No. 15169110063 | | H | | | credit card | | | | |
| Hscb/Nautl P.O. Box 15521 Wilmington, DE 19805 | | | | | | | | | Unknown |
| Account No. | | W | | | credit card 248274 372596 374562 | | | | |
| JC Penney P.O. Box 960001 Orlando, FL 32896-0001 | | | | | | | | | Unknown |
| Account No. | | J | | | Papa's Pizza | | | | |
| Jim Tremblay 60 East Beech Drive #323 Schaumburg, IL 60193 | | | | | | | | | 5,000.00 |
| Account No. | | J | | | Papa's Pizza | | | | |
| Joseph J. Gulaitis 830 Yosimite Trail #6 Roselle, IL 60172 | | | | | | | | | 5,000.00 |

Sheet no. __8__ of __15__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)                    10,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael H. Anderson,                                          Case No. _____
         Christine K. Anderson

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Joseph Kaminski<br>1355 South Highland<br>Arlington Heights, IL 60005-3608 | | J | Papa's Pizza | | | | 23,000.00 |
| Account No. 2301748933<br><br>Lazyboy<br>WFFNB<br>P.O. Box 94498<br>Las Vegas, NV 89193 | | W | credit card | | | | Unknown |
| Account No.<br><br>LVNV Funding<br>P.O. Box 10584<br>Greenville, SC 29603 | | H | loan<br>512107187396<br>512107176574<br>5121071765744283 | | | | Unknown |
| Account No. 437316179<br><br>Macy's<br>P.O. Box 8112<br>Mason, OH 45040 | | W | credit card | | | | Unknown |
| Account No.<br><br>Mahoney Grease<br>1819 Moen Avenue<br>Joliet, IL 60436 | | J | Papa's Pizza | | | | 1,000.00 |

Sheet no. _9_ of _15_ sheets attached to Schedule of                                    Subtotal                24,000.00
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Michael H. Anderson,                                          Case No. _____
         Christine K. Anderson
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Margaret Hoft<br>376 Sandlewood Lane<br>Schaumburg, IL 60193-2167 | | J | | Papa's Pizza<br>business loan | | | | 100,000.00 |
| Account No. AN0010<br><br>Maria Faklaris, DDS, PC<br>319 Randall Raod<br>South Elgin, IL 60177 | | J | | medical | | | | 54.00 |
| Account No.<br><br>Marsh Used Equipment<br>930 Fullerton Avenue<br>Addison, IL 60101 | | J | | Papa's Pizza | | | | 1,000.00 |
| Account No. 32479162<br><br>Marshall Field's Credit Services RN<br>Customer Inquires/ Bankruptcy<br>P.O. Box 94578<br>Cleveland, OH 44101-4578 | | W | | credit card | | | | Unknown |
| Account No.<br><br>Mutual Bank<br>801 East Nerge Road<br>Roselle, IL 60172-4817 | | J | | Papa's Pizza | | | | 2,000.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                103,054.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,                                    Case No. _____
         Christine K. Anderson
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | J | | medical | | | | |
| New Beginnings Pediatrics 302 Randall Road #106 Geneva, IL 60134 | | | | | | | | Unknown |
| Account No. | | J | | Papa's Pizza 754894 50777223196 | | | | |
| Nicor Gas Attention: Bankruptcy Department P.O. Box 549 Aurora, IL 60507-0549 | | | | | | | | Unknown |
| Account No. | | J | | Papa's Pizza | | | | |
| NTN Buzztime 5966 LaPlace Court Suite 100 Carlsbad, CA 92008 | | | | | | | | 2,500.00 |
| Account No. 601859603052 | | W | | credit card | | | | |
| Old Navy P.O. Box 981400 El Paso, TX 79998 | | | | | | | | Unknown |
| Account No. | | J | | Papa's Pizza | | | | |
| Otto's HVAC | | | | | | | | 2,000.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of                Subtotal                4,500.00
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,                                                    Case No. _____
        Christine K. Anderson
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Papa's Pizza | | | | |
| Parkway Bank 4800 North Harlem Avenue Harwood Heights, IL 60706 | | J | | | | | 1,000.00 |
| Account No. | | | Papa's Pizza services performed | | | | |
| Porte Brown LLC 845 Oakton Street Elk Grove Village, IL 60007-1904 | | J | | | | | 2,000.00 |
| Account No. | | | Papa's Pizza | | | | |
| Rosen Baking 501 Overland Drive North Aurora, IL 60542 | | J | | | | | 500.00 |
| Account No. 773822790 | | | credit card | | | | |
| Rshk/Cbsd P.O. Box 6497 Sioux Falls, SD 57117 | | H | | | | | Unknown |
| Account No. 081694 | | | medical | | | | |
| S Elgin & Countryside FPD P.O. Box 457 Wheeling, IL 60090 | | J | | | | | 350.00 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,850.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Michael H. Anderson,                                          Case No. _____
        Christine K. Anderson
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Schweppe & Sons<br>376 West North Avenue<br>Lombard, IL 60148-1207 | | J | | Papa's Pizza | | | | 1,000.00 |
| Account No.<br><br>Sears Mastercard<br>Attention: Bankruptcy<br>P.O. Box 6283<br>Sioux Falls, SD 57117-6283 | | J | | credit card<br>512107176574<br>512107187396 | | | | Unknown |
| Account No. 91014063<br><br>Sherman Hospital<br>Attention: Patient Billing<br>934 Center Street<br>Elgin, IL 60120-2198 | | J | | medical<br>91014063  $23,869.00<br>91014040  $   309.10 | | | | 24,178.10 |
| Account No. 529802690318<br><br>Sony<br>P.O. Box 981439<br>El Paso, TX 79998 | | W | | credit card | | | | Unknown |
| Account No. 320235<br><br>Sporta<br>WFNNB<br>1000 Voorhees Drive<br>Voorhees, NJ 08043 | | H | | credit card | | | | Unknown |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    25,178.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,                                    Case No. _____
        Christine K. Anderson

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 435237503659 | | | | credit card | | | | |
| Target Attention: Bankruptcy P.O. Box 1581 Minneapolis, MN 55440-1581 | | W | | | | | | Unknown |
| Account No. 603532001714 | | | | credit card | | | | |
| Thd/Cbsd P.O. Box 6497 Sioux Falls, SD 57117 | | J | | | | | | 6,982.00 |
| Account No. UAA 808202022 | | | | medical | | | | |
| United Anesthesia Associates SC 5452 Reliable Parkway Chicago, IL 60686 | | J | | | | | | 2,649.20 |
| Account No. | | | | Papa's Pizza | | | | |
| US Food Service 800 Supreme Drive Bensenville, IL 60106 | | J | | | | | | 2,000.00 |
| Account No. | | | | Papa's Pizza | | | | |
| Val-Pak 12 Salt Creek Lane #325 Hinsdale, IL 60521 | | J | | | | | | Unknown |

Sheet no. __14__ of __15__ sheets attached to Schedule of          Subtotal          11,631.20
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael H. Anderson,                                          Case No. _____
        Christine K. Anderson

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5856370731977527 | | | credit card | | | | | |
| Value City WFNNB P.O.Box 182303 Columbus, OH 43218 | | J | | | | | | Unknown |
| Account No. 25617456256174561 | | | credit card | | | | | |
| Victoria Secret-WFNNB Customer Service P.O. Box 182685 Columbus, OH 43218-2685 | | W | | | | | | Unknown |
| Account No. | | | Papa's Pizza | | | | | |
| Village of Roselle 103 South Prospect Street Roselle, IL 60172-2025 | | J | | | | | | 1,000.00 |
| Account No. 60864259352468037 | | | credit card | | | | | |
| Wfnnb/Expstr P.O. Box 330064 Northglenn, CO 80233 | | W | | | | | | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 1,000.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 587,011.53 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    Michael H. Anderson,                                                   Case No. _____
       Christine K. Anderson

_____,
                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    Michael H. Anderson,                                          Case No. _____
          Christine K. Anderson
_____ ,
                              Debtors
# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

    0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

AH Vending
1151 Rohlwing Road
Rolling Meadows, IL 60008


American Enterprise Bank
275 South Roselle Road
Schaumburg, IL 60193-1636


American Express
Attention: Bankruptcy
P.O. Box 981531
El Paso, TX 79998-1531


American General Finance
2 Crystal Lake Plaza Suite B
Crystal Lake, IL 60014


Ascap Waste Managment
One Lincoln Plaza
New York, NY 10023


AT&T
P.O. Box 8212
Aurora, IL 60572-8212


AT&T
West Asset
2703 North Highway 75
Sherman, TX 75090


Bank of America
Attention: Bankruptcy
P.O. Box 15019
Wilmington, DE 19850


Bank One
Card Member Service
P.O. Box 15548
Wilmington, DE 19886-5548


Battaglia
2500 South Ashland Avenue
Chicago, IL 60608-5321

Baumert Ace Hardware
821 East Nerge Road
Roselle, IL 60172


Bellos & Sons Plumbing
1700 Indian Hill Drive
Roselle, IL 60172


BFI
1330 Gasket Drive
Elgin, IL 60120


BMI Waste Managment
320 West 57th Street
New York, NY 10019


Bob Kings Auctions
2040 Honey Locust Drive
Algonquin, IL 60102


Capital One Service
Attention: Bankruptcy
P.O. Box 60000
Seattle, WA 98190-6000


Carson Pirie Scott
P.O. Box 15521
Bankruptcy
Wilmington, DE 19850-5521


Chase
4915 Independence Pkwy
Tampa, FL 33634


Chase Bank One
Card Member Services
P.O. Box 15153
Wilmington, DE 19886-5153


Chld/Cbsd
P.O. Box 6497
Sioux Falls, SD 57117

Circuit City
Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Citgo Credit Card
P.O. Box 9095
Des Moines, IA 50368-9095


Citi Cards
Attention: Bankruptcy
P.O. Box 6000
Sioux Falls, SD 57117


Clementi Printing
2832 North Narragansett Avenue
Chicago, IL 60634-4934


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Comerica Bank
Much Shelist Denenberg Ament&Ruben
191 North Wacker Drive #1800
Chicago, IL 60606-1615


Conseco
1400 Turbine Drive
Rapid City, SD 57701


Cross Creek Commons
817 Nerge
Roselle, IL 60172


DirecTV
11 Galligan Road #D
Gilberts, IL 60136


Discover
Attention: Bankruptcy
P.O. Box 30943
Salt Lake City, UT 84130

Dollar Wise
2500 West Higgins Road #350
Hoffman Estates, IL 60169


Ed Rafida
817 Nerge
Roselle, IL 60172


Fabbri Sausage
166 North Aberdeen Street
Chicago, IL 60607


Fifth Third Bank
38 Fountain Square
Cincinnati, OH 45263


Fox Valley Hematology & OncologyLTD
1710 North Randall Road #300
Elgin, IL 60123


Fox Valley Laboratory Physicians SC
P.O. Box 5133
Chicago, IL 60680-5133


Gembppbycr
P. O. Box 981400
El Paso, TX 79998


Gonella Baking Co
2002-14 West Erie Street
Chicago, IL 60612-1318


Gordon Food Services
P.O. Box 1787
420 50th Street SW
Grand Rapids, MI 49501


Greater Elgin Emergency Specialist
P.O. Box 5940
Dept 20-1105
Carol Stream, IL 60197-5940

Greater Elgin Emergency Specialist
Creditors Collection
P.O. Box 63
Kankakee, IL 60901


HFC
P.O. Box 1547
Chesapeake, VA 23327


Hsbc/Comp
1405 Foulk Rd
Wilmington, DE 19808


Hsbc/Nautl
90 Christiana Road
New Castle, DE 19720


Hsbc/Rhode
P.O. Box 15521
Wilmington, DE 19805


Hscb/Nautl
P.O. Box 15521
Wilmington, DE 19805


JC Penney
P.O. Box 960001
Orlando, FL 32896-0001


Jim Tremblay
60 East Beech Drive #323
Schaumburg, IL 60193


Joseph J. Gulaitis
830 Yosimite Trail #6
Roselle, IL 60172


Joseph Kaminski
1355 South Highland
Arlington Heights, IL 60005-3608


Lazyboy
WFFNB
P.O. Box 94498
Las Vegas, NV 89193

LVNV Funding
P.O. Box 10584
Greenville, SC 29603


Macy's
P.O. Box 8112
Mason, OH 45040


Mahoney Grease
1819 Moen Avenue
Joliet, IL 60436


Manny Rafida
Cross Crees Commons
817 Nerge
Roselle, IL 60172


Margaret Hoft
376 Sandlewood Lane
Schaumburg, IL 60193-2167


Maria Faklaris, DDS, PC
319 Randall Raod
South Elgin, IL 60177


Marsh Used Equipment
930 Fullerton Avenue
Addison, IL 60101


Marshall Field's Credit Services RN
Customer Inquires/ Bankruptcy
P.O. Box 94578
Cleveland, OH 44101-4578


Mutual Bank
801 East Nerge Road
Roselle, IL 60172-4817


National City Bank
Richard Heavner
111 East Main Street #200
Decatur, IL 62523

New Beginnings Pediatrics
302 Randall Road #106
Geneva, IL 60134


Nicor Gas
Attention: Bankruptcy Department
P.O. Box 549
Aurora, IL 60507-0549


NTN Buzztime
5966 LaPlace Court Suite 100
Carlsbad, CA 92008


Old Navy
P.O. Box 981400
El Paso, TX 79998


Otto's HVAC


Parkway Bank
4800 North Harlem Avenue
Harwood Heights, IL 60706


Porte Brown LLC
845 Oakton Street
Elk Grove Village, IL 60007-1904


Rosen Baking
501 Overland Drive
North Aurora, IL 60542


Rshk/Cbsd
P.O. Box 6497
Sioux Falls, SD 57117


S Elgin & Countryside FPD
P.O. Box 457
Wheeling, IL 60090


Schweppe & Sons
376 West North Avenue
Lombard, IL 60148-1207

Sears Mastercard
Attention: Bankruptcy
P.O. Box 6283
Sioux Falls, SD 57117-6283


Sherman Hospital
Attention: Patient Billing
934 Center Street
Elgin, IL 60120-2198


Sherman Hospital
Medical Recovery Specialist, Inc
2250 East Devon Avenue Suite 3352
Des Plaines, IL 60018-4519


Sony
P.O. Box 981439
El Paso, TX 79998


Sporta
WFNNB
1000 Voorhees Drive
Voorhees, NJ 08043


Target
Attention: Bankruptcy
P.O. Box 1581
Minneapolis, MN 55440-1581


Thd/Cbsd
P.O. Box 6497
Sioux Falls, SD 57117


United Anesthesia Associates SC
5452 Reliable Parkway
Chicago, IL 60686


US Food Service
800 Supreme Drive
Bensenville, IL 60106


Val-Pak
12 Salt Creek Lane #325
Hinsdale, IL 60521

```
Value City
WFNNB
P.O.Box 182303
Columbus, OH 43218


Victoria Secret-WFNNB
Customer Service
P.O. Box 182685
Columbus, OH 43218-2685


Village of Roselle
103 South Prospect Street
Roselle, IL 60172-2025


Wfnnb/Expstr
P.O. Box 330064
Northglenn, CO 80233
```